FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUZ PATRICIA G. ON BEHALF OF SIG (A MINOR CHILD),<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　Defendant. | No. 1:25-CV-03041-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 13. The motion was heard without oral argument. Plaintiff is represented by D. James Tree. The Commissioner is represented by Benjamin J. Groebner and Brian Donovan.

　　The parties ask the Court to reverse and remand the above-captioned case to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff's eligibility for benefits under Title XVI of the Social Security Act.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1.　The parties' Stipulated Motion for Remand, ECF No. 13, is **GRANTED**.

　　2.　Pursuant to the parties' Stipulation, the decision of the Commissioner is reversed and remanded. On remand, the Administrative Law

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

Judge (ALJ) shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The ALJ shall give further consideration to the medical opinions and medical findings of Jerry Seligman, M.D, Nevine Makari, M.D., Leslie Postovoit, Ph.D., and Elsa Bro, speech and language pathologist, pursuant to the provisions of 20 C.F.R. § 416.920c. As necessary, the ALJ shall reconsider the claimant's impairments at steps one, two and three of the three-step process for determining childhood disability, including the functional equivalency evaluation; reconsider the claimant's subjective statements; reconsider the nonmedical evidence; and reconsider the medical opinion evidence and prior administrative medical findings.

3.  Plaintiff's Opening Brief, ECF No. 9, is **STRICKEN**.

4.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 29th day of July 2025.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**