# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LUZ PATRICIA G. ON BEHALF OF SIG (A MINOR CHILD), *Plaintiff* v. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION *Defendant* | Civil Action No. 1:25-cv-03041-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulated Motion for Remand, ECF No. 13, is GRANTED.
The decision of the Commissioner is reversed and remanded for further administrative proceedings with respect to Plaintiff's eligibility for benefits under Title XVI of the Social Security Act.
Plaintiff's Opening Brief, ECF No. 9, is STRICKEN.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian

Date:  7/29/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams